# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TIMOTHY A. GARDINER,<br><br>                Defendant. | CR-13-24-BU-SEH<br><br>**ORDER** |

Defendant Timothy A. Gardiner has moved for early termination of her current term of probation. (Doc. 433). The Government does not object. The Court conducted a hearing on the motion on June 6, 2022. The Court determines that good cause exists to grant Gardiner's motion for early termination of his supervised release term.

Accordingly, **IT IS HEREBY ORDERED** that Gardiner's Motion for Early Termination of Supervised Release (Doc. 433) is **GRANTED**.

DATED this 6th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court